IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREG W. SCHOENLEIN, | ) | CIVIL NO. 08-00073 JMS-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| HALAWA CORRECTIONAL FACILITY, et al., | ) | |
| Defendants. | ) | |
| DENNIS R. BROOKS, | ) | CIVIL NO. 08-00074 JMS-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| HALAWA CORRECTIONAL FACILITY, et al., | ) | |
| Defendants. | ) | |
| OPHERRO JONES, | ) | CIVIL NO. 08-00075 JMS-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| HALAWA CORRECTIONAL FACILITY et al., | ) | |
| Defendants. | ) | |

**ORDER DENYING PLAINTIFFS' MOTIONS FOR DISCLOSURE**

Plaintiffs Dennis Brooks and Opherro Jones have filed virtually identical motions seeking disclosure by defendants of certain information. These motions are in the nature of discovery requests, and as such are governed by Rules 26 through 37 of the Federal Rules of Civil Procedure. *See also* LR26.1. Neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court as provided by the Federal Rules of Civil Procedure.

To the extent Plaintiffs Brooks and Jones intended Docs. 167 and 168 to be motions for an order compelling disclosure or discovery, they do not comply with Fed. R. Civ. Proc. R 37 or Local Rule 37.1 and are DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 31, 2008.



_____
Kevin S.C. Chang
United States Magistrate Judge

*Schoenlein et al., v. Halawa Corr. Facility et al.*, Civ. Nos. 08-00073, 08-00074, 08-00075 JMS-KSC; ORDER DENYING PLAINTIFFS' MOTION FOR DISCLOSURE; allison/Non-dispositive 08/ Brooks 08-74, Jones 08-75 JMS-KSC (dny mot disc)